IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) ) ) | Docket No. 1:22-mj-00059 |
| vs. | | |
| DARRIS GIBSON MOODY | | *UNDER SEAL* |

**MOTION TO SEAL CRIMINAL COMPLAINT APPLICATION,
AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS**

NOW COMES the United States of America, by and through Dena King, United States Attorney for the Western District of North Carolina, who moves this Court for an order directing that the Criminal Complaint Application, Affidavit, Attachments, Warrant, this Motion, and any Order issued pursuant to this Motion be sealed immediately to protect the ongoing nature of the investigation in this matter, and that same remain sealed until further order of this Court.

Respectfully submitted this 2nd day of September 2022.

DENA KING
UNITED STATES ATTORNEY

/s AUSA Don Gast
Assistant United States Attorney
Deputy Criminal Chief
Western District of North Carolina
100 Otis St., Suite 233
Asheville, NC 28801
(828) 271-4661