IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 1:22-mj-00059 |
| vs. | |
| DARRIS GIBSON MOODY | *UNDER SEAL* |

## ORDER SEALING CRIMINAL COMPLAINT APPLICATION, AFFIDAVIT, ATTACHMENTS, WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Application, Affidavit, Attachments, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to AUSA don.gast@usdoj.gov).

SO ORDERED this 2nd day of September 2022.

Signed: September 2, 2022

W. Carleton Metcalf
United States Magistrate Judge