# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>DARRIS GIBSON MOODY<br>*Defendant(s)* | )<br>)<br>) Case No. 1:22-mj-00059<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 22, 2022 in the county of Haywood in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sec. 875 | Transmission of threat in interstate or foreign commerce. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

/s/ Corey Zachman
*Complainant's signature*

Corey Zachman, Special Agent - FBI
*Printed name and title*

Sworn in accordance with Rule 4.1 (by telephone).

Signed: September 2, 2022

W. Carleton Metcalf
United States Magistrate Judge

Date: 09/02/2022

City and state: Asheville, North Carolina

W. CARLETON METCALF
*Printed name and title*