IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

# **AFFIDAVIT**

1. I, Corey Zachman, having been duly sworn, do hereby depose and state: I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been so employed since February 2013. I currently conduct national security investigations for the Charlotte, North Carolina, Division of the FBI. Prior to my employment with the FBI, and starting in 2008, I was a Federal Agent with the Air Force Office of Special Investigations, where I conducted national security investigations for the Department of Defense. From 2005 to 2008, I worked as an attorney practicing primarily in the areas of business and construction litigation, and I was licensed to practice in the State of Utah and the United States Court of Appeals for the Tenth Circuit. I have been trained by the FBI in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been involved in the investigation of numerous types of offenses against the United States.

2. I submit this Affidavit in support of a Criminal Complaint against Darris Gibson Moody, (hereinafter "Moody"). As set forth in this Affidavit, there is probable cause that Moody has committed violations of Title 18, United States Code, Section 875, transmission of a threat in interstate or foreign commerce.

3. Title 18, United States Code, Section 875(b) provides that "[w]however, with intent to extort…any money or other thing of value, transmits in interstate or foreign commerce any communication containing any threat to kidnap any person… [shall be guilty of a crime]. Title 18 United States Code, Section 875(c) provides that

"[w]however transmits in interstate or foreign commerce any communication containing any threat to kidnap any person…[shall be guilty of a crime].

4. The facts set forth below are based upon my personal observations, reports and information provided to me by other law enforcement officials, and records obtained by the FBI. This affidavit is intended to show that there is probable cause for the issuance of a Complaint and does not purport to set forth all my knowledge of or investigation into this matter.

## OVERVIEW OF THE INVESTIGATION

5. As detailed further below, since in or about June 2022, Moody has been sending "Writs of Execution" throughout the Western District of North Carolina concerning various elected officials and private citizens (collectively, the "Victims"). These Writs of Execution, as described further herein, purport to be official legal documents issued by a court in the United States. These Writs of Execution falsely claim, *inter alia*, that the Victims have been convicted of multiple felony offenses, that the Victims are subject to immediate arrest, that a reward of $10,000 or greater is being offered for each of the Victims' arrest, and that any private citizen can collect this reward upon executing a citizens' arrest of one of the Victims.

## THE WRITS OF EXECUTION

6. In or about the end of June 2022, the Haywood County Sheriff's Office received two Writs of Execution—one Writ of Execution named the elected Sheriff, and the other Writ of Execution named a Deputy Sheriff. One of these Writs of Execution is attached as Exhibit A and incorporated by reference herein (your Affiant has

2

redacted Exhibit A to remove the Victim's name and personal identifying information). Both Writs of Execution were faxed to the Sheriff and Deputy Sheriff at the Haywood County Sheriff's Office. The fax header listed the sender as "Darris Moody" and the sending fax number as 877-900-9017.[1]

7. Around the same time, near the end of June 2022, similar Writs of Execution were sent to two Haywood County Commissioners, the District Attorney in Haywood County, the CEO of Haywood Regional Medical Center, and the Chief Nursing Officer at Haywood Regional Medical Center.[2] These Writs of Execution also show a fax header with the sender listed as "Darris Moody" and the fax number as 877-900-9017.[3]

8. The Writs of Execution all appear to have been downloaded from the Website and modified slightly depending on the person being served. The Writs of Execution state that the recipient has been convicted of a felony in violation of "Title 33 USC 1319(c)(3)(A)" and is "subject to a fine of not more than $250,000 or

---

[1] After being served the Writs of Execution via fax, the Sheriff and Deputy Sheriff had their names, home addresses, business address, phone number, and the date they were served with the Writs of Execution posted publicly to a website (the "Website"). The Website appears to be where Moody downloaded a form template for the Writs of Execution, which Moody then modified by filling in the Sheriff's name and Deputy Sheriff's name on each Writ of Execution. Moody seems to have followed a similar pattern for the other Writs of Execution discussed herein.

[2] These Victims also had their names and other information posted publicly on the Website. According to the Website, which was last accessed by your Affiant on September 1, 2022, approximately 55 people within the Western District of North Carolina have been served Writs of Execution since June 2022.

[3] Due to the fact this investigation is on-going, and people continue to be served, not all the 55 individuals have been contacted by your Affiant.

imprisonment of not more than 15 years, or both." *See* Ex. A at p. 2. The Writs of Execution also include a section stating that a citizen's arrest award is ordered by the court. This award is "…$10,000 per person . . . ." *Id.* at p. 3. The Writs of Execution further state that the arrest reward is authorized by the "court" to be paid upon the presentment of arresting documents to the Arrest Reward Processing Center, address care of P.O. Box 1514, Kingsland, Texas 78639. *Id.* at p. 3.

## DARRIS MOODY IS THE SENDER OF THE WRITS OF EXECUTION

9. As detailed above, *see supra* ¶¶ 6-7, "Darris Moody" was listed as the fax sender on the Writs of Execution described herein and attached as Exhibit A. Additionally, after service of the Writs of Execution to the elected Sheriff and Deputy Sheriff, an unidentified woman contacted the Haywood County Sheriff's Office communications center to make sure the faxed documents were delivered to the Sheriff and Deputy Chief.

10. In or about July 2022, on two separate occasions, Moody posted several notices (the "Notices") on the bulletin board at the United States Post Office in Waynesville, North Carolina (the "Post Office"). Each Notice, in large red letters at the top, stated "URGENT NOTICE!" followed by the Victim's name ". . . is officially in receipt of a Writ of Execution outlining their six felony convictions from the Environmental Court…." The Notices also listed the phone numbers of the Victims. Moody told employees at the Post Office that the people listed in the Notices should be

put in jail.[4] The Notices were removed by Post Office employees and thrown away after being photographed, a copy of which is excerpted directly below.



11. In or about August 2022, Moody was inside the Haywood County Register of Deeds Office ("Deeds Office") to file false documents, which she had done previously in April 2022 based on my conversations with an employee at the Deeds Office. While at the Deeds Office in August 2022, Moody had a verbal altercation with one of the Haywood County Commissioners who had received a faxed Writ of Execution from Moody in June 2022 (*see supra* ¶ 7). Moody left the Deeds Office but later called an employee at the Deeds Office (the "Employee")—the Employee personally knew Moody from high school. Moody left the Employee two voicemails, which I have listened to. In the first voicemail, Moody stated, in reference to the Writs of Execution, "I could have

---

[4] One of the Post Office employees knew Moody by name and identified Moody from a picture of Moody presented to the Post Office employee by FBI agents.

served you, but I didn't." Moody went on to warn the Employee that "…this is very serious…if you continue to serve in government when the people have fired you or arrested you or served papers, uh, you're committing more felonies by the day." Moody further stated "…I have higher jurisdiction than all of you in government. And, I have um, power to serve papers. And the government's fired." In the second voicemail, Moody claimed she was "…on the Superior Court" and a "grand juror." Moody said, "No one was even supposed to know who served those papers…It was supposed to come from the people."

12. On or about September 2, 2022, Moody sent two emails to a Deputy at the Haywood County Sheriff's Office using email address dgmappr99@charter.net. The first email is signed at the bottom with Moody's name. The second email, from the same email address, was unsigned. The second email reads, in part,

> "I got jumped by the elected officials in the courthouse. They approached me. No one was supposed to know it was me, I'm just one of the people. But since they do, I will continue to fight for our freedoms back in this county and I will continue to only bow to God and if my house gets blown up, so be it. Soldiers must be willing to sacrifice their lives for their country's freedom. And I am."

## CONCLUSION

13. Based upon the above information, there is probable cause that Moody has committed violations of Title 18, United States Code, Section 875 (Transmission of a threat in interstate or foreign commerce).

This affidavit was reviewed by AUSA Don Gast.

Further your Affiant sayeth not.

_____/s/ Corey Zachman_____
Corey Zachman
Special Agent
Federal Bureau of Investigation

On this 2nd day of September 2022 at 4:33 PM, Special Agent Corey Zachman appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit.

Signed: September 2, 2022

W. Carleton Metcalf
United States Magistrate Judge