district court of the United States
Western North Carolina Asheville

UNITED STATES OF AMERICA
NON INJURED FICTITIOUS Plaintiff

CASE# 1:22 CR 72-1

Vs

Darris Gibson 'last name of Moody'
Petitioner

FILED
ASHEVILLE, NC
NOV - 7 2022
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

## MOTION FOR JUDICIAL NOTICE AND DEMAND FOR FULL DISCLOSURE UNDER BRADY/GIGLIO ON ALL ATTORNEY/LAWYER AND PURSUANT Rule 26. Duty to Disclose; General Provisions Governing Discovery, Rule 37. Failure to Make Disclosures or to Cooperate in Discovery, Sanctions

COMES, the prisoner known as Darris Gibson 'last name of moody' " HEREINafter the Prisoner"

with this demand for full disclosure of Standing to practice and operate in this Court

Here the Just cause for this party to use the federal rules to address the following; abuse of a public

office, Public policies violation, political/public misconduct, misuse of Constitutional office or

Misuse of a corporate public office under commerce's clause as" U.S. negotiable instruments " and

taxpayer funding are used to fund these offices, as the entities are not self-sufficient nor do they

produce anything of value other then service being paid for under taxpayers funding and

commerce/consumers clause for paid services.

**Chapter 143D.The State Governmental Accountability and Internal Control Act.**

But a willful violation has been reported under; § **143D-12. Penalties**. NC General Statutes -

Chapter 143D 2 A willful or continued failure of an employee paid from State funds or employed by

a State agency to adhere to the requirements of this Chapter is sufficient cause for disciplinary

action, up to and including dismissal of the employee. (2007-520, s. 1.)

Article 2B.

Notice of Appointments to Public Offices.

**§ 143-47.6. Definitions.**

As used in this Article, unless the context clearly requires otherwise:

(1) "Appointing authority" means the Governor, Chief Justice of the Supreme Court, Lieutenant Governor, Speaker of the House, President pro tempore of the Senate, members of the Council of State, all heads of the executive departments of State government, the Board of Governors of The University of North Carolina, and any other person or group authorized by law to appoint to a public office.

(2) "Public office" means appointive membership on any State commission, council, committee, board, including occupational licensing boards as defined in G.S. 93B-1, board of trustees, including boards of constituent institutions of The University of North Carolina and boards of community colleges operated pursuant to Chapter 115D of the General Statutes, and any other State agency created by law, where the appointee is entitled to draw subsistence, per diem compensation, or travel allowances, in whole or in part from funds deposited with the State Treasurer or any other funds subject to being audited by the State Auditor, by reason of his service in the public office; provided that "public office" does not include an office for which a regular salary is paid to the holder as an employee of the State or of one of its departments, agencies, or institutions. (1979, c. 477, s. 1; 1987, c. 564, s. 27.)

The original foundation of the Constitution Bill of Rights and administrative procedure act is to correct internal problems without the public being aware. This is why we are to have freedom of speech and the Bill of Rights in the Constitution and the 1945 under 60 stat 327 and S7. This had two functions.

1. deal with internal policies between employer/the people "electors" and employee/public office " electees"

2. So John Q Public could come before a hearing board and address the misconduct of its employees/ agents/contractors, some place along the line as they have abused the public office.

3. The problem becomes when you override the Constitution with public policies and political agenda when under a paid contract to hold that position.

Now Demanding full disclosure under Brady/Giglio and your own FRCP Rule 26 and Rule 37 and similar State Rules of all State and Federal Bar Attorney State and or Federal certification to the Bar to practice law as these positions are not just public but under commerce and trade for pay.

A demand for full disclosure under the Brady/Giglio of the State legislation and Federal legislation that has given all Attorneys involved in this Court Action and not limited to the Attorney General office Employees, State, County, City DA, State or Federal Prosecutors, United States Attorney, Public Defenders, private law firms to practice law and provide your registration/Certification/license as required by law to practice and their Oath of Offices with a affidavit as per 5 USC 3331-3333 & 5507

### Disclosure and Discovery of the following documents

Federal and State Legislation, Article and Section and or Clause from State and Federal Constitution and legislative or Constitution Authority empowering State or Federal supreme court authority to create and empower any private Association member to claim right to practice under an Association "BAR CARD"

*All attorneys involved will provide their State and or Federal Certification or Registration/license to the Federal and or State Bar as required to practice.

*Proof of admission to practice before this court.

*Proof of malpractice bond and or other insurance to cover wrongful misconduct.

* Federal and State Legislative statute, codes, regulation that created the bar and the charter to their job and duties.

*Provide "All" authority to represent any citizen that is not a government employee rather Federal, State, County or City or any an instrumentality thereof.

*Provide "All" authority Federal or State Constitutional or Federal or State legislative County or City ordinances and or Codes of Authority that have given the Federal and or State Bar Association authority to represent any citizen that is not a government employee rather Federal, State, County or

City or any an instrumentality thereof in any so-called constitutional court or private court under monopoly of an Association.

*The Attorney/Lawyer must provide proof of Standing to operate in either the Federal, State, County, City, District, Superior, Appeal, or Circuit Court and or Supreme Courts(s) for or against or on behalf of any party including this party.

* Provide all Trust accounts where funds are placed and any funding received from or under that is tied to private practice, association, corporation, surety associated, partnerships, stocks, bonds, CDs, investments with your practice, tax shelters, and Treasury Direct Accounts access and Federal Reserve Accounts.

*The Judge is to provide his/her Certification or Registration/license to the Federal and or State Bar as a Lawyer/Attorney before being a judge involved in this case as a defendant.

*Disclosure of All, Bid, Performance, Execution, Surety Bonds, and Payment Bond.

*Produce all Oaths to that public office with affidavits and proof of paid amount to hold that office.

## Conclusion

Without proof of standing of a valid Oath, Affidavit a Certification or Registration/license or admission form to practice in this court under the Federal and or State Bar there is no claim to warrant any action.

Admission to Practice Law in North Carolina is laid down under North Carolina Admission to Practice Rule .0501 et seq. The General Court of Justice is the admitting body for admission to the Bar and acts upon recommendation from the Board of Law Examiners.

The Board of Law Examiners was created for the purpose of examining applicants and providing rules and regulations for admission to the Bar. Any applicant to be licensed to practice law in North Carolina should have at least eighteen years of age as prescribed under Rule .0501.

Pursuant to North Carolina Admission Rule .0702, an applicant applying to practice law should be graduated from a law school approved by the Council of the North Carolina State Bar or by the American Bar Association.

Under North Carolina Admission Rule .1004, an applicant should pass the Multistate Bar Examination conducted by the Board. As enumerated in North Carolina Admission Rule .0502, an attorney practicing in another state of the United States including District of Columbia can be licensed to practice law in North Carolina without written examination if the applicant has been practicing for at least four out of the last six years prior to application in this state. An applicant admitted to practice law in the state of North Carolina, should complete 12 hours of approved continuing legal education during each calendar year.

Of the 12 hours the attorney must at least complete two (2) hours to the areas of professional responsibility or professionalism. (This is missing once in the Courtroom)

There is no respect from your side. You can not hold the people accountable for enforcing Constitutional requirements on a public office.

Darris Gibson 'last name of moody'
2302 Ratcliff Cove Rd.
Waynesville, North Carolina, 28786

CERTIFICATE SERVICE

I, Darris Gibson 'last name of moody' in the year of our lord 2022 in Nov, on this 7th day file this

Court filing before the Clerk of Court and all others by USPS mail

*[signature: Darris Gibson 'last name of moody']*

Darris Gibson 'last name of moody'
2302 Ratcliff Cove Rd.
Waynesville, North Carolina, 28786

Cc
U.S. ATTORNEY OFFICE
150 Fayetteville Street
Suite 2100
Raleigh, North Carolina 27601