**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL CASE NO. 1:22-cr-00072-MR-WCM-1**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **DARRIS GIBSON MOODY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

In light of the amendments to Rule 16 of the Federal Rules of Criminal Procedure, effective December 1, 2022, the Court hereby enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Standard Criminal Discovery Order previously entered in this case is hereby **AMENDED** to include the following provision:

> Each party shall comply with the provisions in Rule 16 governing expert witness disclosures. At the defendant's request, the government must comply with the provisions set forth in Rule 16(a)(1)(G) by disclosing to the defendant information subject to disclosure by that rule no later than two weeks before the scheduled date for the trial. Similarly, at the government's request, the defendant must comply with the provisions of Rule 16(b)(1)(C), by disclosing

to the government the information subject to disclosure by that rule no later than two weeks before the scheduled date for the trial. The requesting party shall make any request for such information no later than three weeks prior to the scheduled date for trial. Nothing in this rule shall prevent the parties from proposing, or the Court from adopting, earlier deadlines based on the needs and circumstances of an individual case.

**IT IS SO ORDERED.**

Signed: December 1, 2022

Martin Reidinger
Chief United States District Judge

Case 1:22-cr-00072-MR-WCM   Document 45   Filed 12/01/22   Page 2 of 2