FILED
CHARLOTTE, NC

DEC 14 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:22CR72 |
| ) | |
| ) | **SUPERSEDING** |
| ) | **BILL OF INDICTMENT** |
| vs. ) | |
| ) | Violations: |
| ) | 18 U.S.C. § 875(c) |
| 1) TIMOTHY MICHAEL DEAVER, ) | 18 U.S.C. § 1201(c) |
| 2) DARRIS GIBSON MOODY, ) | 18 U.S.C. § 2 |
| a/k/a Darris-Terraine; .Gibson-Moody. ) | |
| a/k/a Darris Gibson 'last name of Moody' ) | |
| a/k/a :Darris-Terraine; .Moody. ) | |
| 3) DEE THOMAS MURPHY, ) | |
| a/k/a Deetom ) | |
| a/k/a Dee Thomas ) | |
| Defendants. ) | |
| ) | |

## THE GRAND JURY CHARGES:

### COUNTS ONE through SIXTY-TWO
### 18 U.S.C. § 875(c)
### (Interstate Threatening Communications)

On or about the dates set forth in the table below, in Haywood County, within the Western District of North Carolina, and elsewhere, the defendants

**1) TIMOTHY MICHAEL DEAVER**
**2) DARRIS GIBSON MOODY, and**
**3) DEE THOMAS MURPHY**

knowingly and willfully did transmit, in interstate and foreign commerce, communications, those being so-called "Writs of Execution" sent by fax and other means, containing threats to kidnap the persons referenced in the table below, and did aid and abet each other in so doing.

The defendants transmitted the communications for the purpose of issuing the threats, and with knowledge that the communications would be viewed as threats.

| COUNTS | OFFENSE DATES | VICTIMS' INITIALS |
|---|---|---|
| ONE | 6/24/2022 | GC |
| TWO | 6/25/2022 | JH |
| THREE | 6/27/2022 | SM |
| FOUR | 6/27/2022 | GC |
| FIVE | 7/2/2022 | JWK |
| SIX | 7/3/2022 | WHG |
| SEVEN | 7/3/2022 | ADB |
| EIGHT | 7/3/2022 | KHC |
| NINE | 7/3/2022 | JDF |
| TEN | 7/3/2022 | CSS |
| ELEVEN | 7/3/2022 | JBF |
| TWELVE | 7/5/2022 | CHD |
| THIRTEEN | 7/10/2022 | DAS |
| FOURTEEN | 7/10/2022 | JMB |
| FIFTEEN | 7/10/2022 | RDF |
| SIXTEEN | 7/10/2022 | DMD |
| SEVENTEEN | 7/11/2022 | MSR |
| EIGHTEEN | 7/11/2022 | LD |
| NINETEEN | 7/14/2022 | DFF |
| TWENTY | 7/14/2022 | AW |
| TWENTY-ONE | 7/16/2022 | LDH |
| TWENTY-TWO | 7/16/2022 | ZLS |
| TWENTY-THREE | 7/16/2022 | PS |
| TWENTY-FOUR | 7/16/2022 | DAB |
| TWENTY-FIVE | 7/16/2022 | RDC |
| TWENTY-SIX | 7/16/2022 | RER |
| TWENTY-SEVEN | 7/16/2022 | SDK |
| TWENTY-EIGHT | 7/16/2022 | LHN |
| TWENTY-NINE | 7/16/2022 | JMR |

| | | |
|---|---|---|
| THIRTY | 7/16/2022 | CHF |
| THIRTY-ONE | 7/16/2022 | JHF |
| THIRTY-TWO | 7/17/2022 | RW |
| THIRTY-THREE | 7/17/2022 | KW |
| THIRTY-FOUR | 7/17/2022 | AMB |
| THIRTY-FIVE | 7/17/2022 | JG |
| THIRTY-SIX | 7/17/2022 | DEM |
| THIRTY-SEVEN | 7/17/2022 | TLB |
| THIRTY-EIGHT | 7/17/2022 | EEM |
| THIRTY-NINE | 7/17/2022 | LHS |
| FORTY | 7/17/2022 | QM |
| FORTY-ONE | 7/21/2022 | PN |
| FORTY-TWO | 7/21/2022 | SE |
| FORTY-THREE | 7/21/2022 | RH |
| FORTY-FOUR | 7/21/2022 | ASE |
| FORTY-FIVE | 7/25/2022 | CMV |
| FORTY-SIX | 7/25/2022 | KYBS |
| FORTY-SEVEN | 7/25/2022 | HH |
| FORTY-EIGHT | 7/25/2022 | AH |
| FORTY-NINE | 7/25/2022 | JJ |
| FIFTY | 7/25/2022 | JP |
| FIFTY-ONE | 7/25/2022 | GCB |
| FIFTY-TWO | 7/25/2022 | TH |
| FIFTY-THREE | 7/25/2022 | LCB |
| FIFTY-FOUR | 7/30/2022 | RM |
| FIFTY-FIVE | 7/30/2022 | KEW |
| FIFTY-SIX | 7/30/2022 | CNA |
| FIFTY-SEVEN | 7/30/2022 | LAT |
| FIFTY-EIGHT | 7/30/2022 | AFB |
| FIFTY-NINE | 7/30/2022 | LAB |
| SIXTY | 7/30/2022 | AMC |
| SIXTY-ONE | 8/7/2022 | TWS |
| SIXTY-TWO | 8/7/2022 | RFJ |

All in violation of Title 18, United States Code, Sections 875(c) and 2.

## COUNT SIXTY-THREE
## 18 U.S.C. § 1201(c)
### (Conspiracy to Commit Kidnapping)

Beginning on a date unknown to the Grand Jury, but at least as early as April 2022, and continuing until on or about September 7, 2022, in Haywood County, within the Western District of North Carolina, and elsewhere, the defendants

**1) TIMOTHY MICHAEL DEAVER**
**2) DARRIS GIBSON MOODY, and**
**3) DEE THOMAS MURPHY**

did conspire, confederate, and agree with one or more other persons, both known and unknown to the Grand Jury, to unlawfully kidnap, seize, confine, inveigle, decoy, abduct, and carry away other persons, and hold them for ransom, reward, and otherwise; and, in committing and in furtherance of the commission of the offense,

a. to transport them in interstate and foreign commerce,

b. and to use any means, facility, and instrumentality of interstate and foreign commerce, those being the internet, the cellular telephone network, automobiles, and the interstate highway system.

### Overt Acts

In furtherance of the kidnapping conspiracy, and to effect its object of holding those kidnapped for ransom, reward, and otherwise, **1) TIMOTHY MICHAEL DEAVER, 2) DARRIS GIBSON MOODY, and DEE THOMAS MURPHY**, and others both known and unknown to the Grand Jury, committed the following overt acts, among others:

1. Identified and conducted research, online and elsewhere, of the names, professional titles, phone numbers, and addresses of potential targets for kidnapping, including those victims referenced in Counts One through Sixty-Two in this Bill of Indictment.

2. Downloaded, filled out, produced, and completed so-called "Writs of Execution," documents alleging that the recipients had been convicted of

Page 4 of 6

Case 1:22-cr-00072-MR-WCM    Document 60    Filed 12/14/22    Page 4 of 6

crimes and were subject to citizen's arrest, and offering financial rewards to anyone conducting these citizen's arrests.

3. Delivered these so-called "Writs of Execution," by fax and other means, to the victims, including those referenced in Counts One through Sixty-Two in this Bill of Indictment.

4. Posted the personal identifying information of the victims, including those referenced in Counts One through Sixty-Two in this Bill of Indictment, to a publicly accessible website to indicate that they had been served with the so-called "Writs of Execution" and to identify them as targets for kidnapping by co-conspirators and others.

5. Created, hosted, maintained, and posted information and commentary to a website promoting the conspiracy that contained documents, videos, instructions, discussion forums, and other materials for the co-conspirators, and others, to assist them with carrying out the object of the conspiracy.

All in violation of Title 18, United States Code, Section 1201(c).

A TRUE BILL

DENA J. KING
UNITED STATES ATTORNEY

*signature*

for DON GAST
ASSISTANT UNITED STATES ATTORNEY

*signature*

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY